In the Matter of the Estate of Kevin W. Stanley, Deceased. Diane R. Stanley, as Executrix of Kevin W. Stanley, Deceased, Appellant; Lawrence J. Mattar, Esq., as Guardian ad Litem for Ashley Stanley, a Minor, et al., Respondents.

In the Matter of the Estate of Kathleen A. Stanley, Deceased. Richard T. Stanley, as Administrator of the Estate of Kathleen A. Stanley, Deceased, Appellant; Lawrence J. Mattar, Esq., as Guardian ad Litem for Ashley Stanley, a Minor, et al., Respondents.

Submitted February 14, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that

the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution.